**No. 60145.**—Jos. Meagher's Sons et al. *v.* United States, protests 578437–G, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60146.**—B. R. Anderson & Co. *v.* United States, protest 640426–G (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60147.**—So. Calif. Waste Material Co. and W. J. Byrnes & Co. et al. *v.* United States, protests 656460–G, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60148.**—Joseph Rosenberg et al. *v.* United States, protests 661684–G, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.